UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v

SYED S. SHAH, D-4,

    Defendant.
_____/

Case No. 13-20039-4

Hon. Bernard A. Friedman

BARBARA L. McQUADE (P45423)
United States Attorney

MICHAEL J. McCARTHY, P.C.
Michael J. McCarthy (P30169)
Attorney for Defendant
26001 Five Mile Road
Redford, MI 48239
(313) 535-1300
_____/

## STIPULATED ORDER CONTINUING SENTENCING

IT IS HEREBY ORDERED that the sentencing for defendant Syed S. Shah is continued until Tuesday, April 7, 2015 at 11:00 am.

SO ORDERED:

Dated: AUG 1 2 2014

Judge Bernard A. Friedman
United States District Judge

-1-

## **STIPULATION**

The undersigned stipulate to the entry of this Order.

| | |
|---|---|
| s/Niall M. O'Donnell (with consent) | s/ Michael J. McCarthy |
| Niall M. O'Donnell | Michael J. McCarthy (P30169) |
| Criminal Division, Fraud Section | Michael J. McCarthy PC |
| US Department of Justice | Counsel for Defendant Syed S. Shah |
| Counsel for Plaintiff | |

July 29, 2014