UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                        Case No. 2:13–cr–20039–BAF–MKM
                                          Hon. Bernard A. Friedman

Tariq Tahir, et al.,

           Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    NOTICE of hearing on [165] MOTION for Withdrawal of Attorney Doraid Elder as to Tariq Tahir. **Motion Hearing set for 1/7/2015 11:00 AM before District Judge Bernard A. Friedman** (CMul)

    All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/C. Mullins
                                                          Case Manager

Dated:   December 23, 2014