UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                      Criminal No. 13-cr-20039

vs.                                             HON. BERNARD A. FRIEDMAN

TARIQ TAHIR (D-6),

    Defendant.
_____/

**ORDER GRANTING DEFENSE COUNSEL'S MOTION
TO WITHDRAW AS ATTORNEY FOR DEFENDANT TARIQ TAHIR**

On January 7, 2015, this matter came before the Court on defense counsel's motion to withdraw as attorney for defendant Tariq Tahir [docket entry 165]. A hearing was held and both parties were present at the hearing. For reasons stated on the record,

IT IS ORDERED that defense counsel's motion to withdraw as attorney for defendant Tariq Tahir is granted. Defendant is to retain new counsel by January 21, 2015.

                                                  S/ Bernard A. Friedman_____
                                                  BERNARD A. FRIEDMAN
                                                  SENIOR UNITED STATES DISTRICT JUDGE

Dated: January 16, 2015
       Detroit, Michigan