UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v

                                        Case No. 13-20039-4

SYED S. SHAH, D-4,

                                        Hon. Bernard A. Friedman

    Defendant.
_____/
BARBARA L. McQUADE (P45423)
United States Attorney

MICHAEL J. McCARTHY, P.C.
Michael J. McCarthy (P30169)
Attorney for Defendant
26001 Five Mile Road
Redford, MI 48239
(313) 535-1300
_____/

**STIPULATED ORDER CONTINUING SENTENCING**

    IT IS HEREBY ORDERED that the sentencing for defendant Syed S. Shah is continued until Tuesday, September 8, 2015 at 11:00 am.

    SO ORDERED:

    Dated:  April 1, 2015        s/ Bernard A. Friedman_____
                                               Judge Bernard A. Friedman
                                               United States District Judge

**STIPULATION**

The undersigned stipulate to the entry of this Order.

s/Niall M. O'Donnell(with consent)  s/ Michael J. McCarthy
Niall M. O'Donnell                  Michael J. McCarthy (P30169)
Criminal Division, Fraud Section    Michael J. McCarthy PC
US Department of Justice            Counsel for Defendant Syed S. Shah
Counsel for Plaintiff

April 1, 2015