UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                    Case No. 13-CR-20039
                                         Hon. Bernard A. Friedman

TAYYAB AZIZ,

    Defendant.
_____/

## STIPULATION MODIFYING CONDITIONS OF RELEASE

IT IS HEREBY STIPULATED defendant has been offered with employment as a truck driver with Super Services L.L.C.,[1] a freight transportation company with an office in Grand Rapids, Michigan, and defendant's orientation is scheduled to begin in May 26, 2015.  See email from Super Services to defendant,Tayyabb Aziz attached as exhibit A.

IT IS FURTHER STIPULATED under his current conditions of release, defendant's travel is restricted to Michigan and Illinois.  His employment, however, will require him to travel to states other than Michigan and Illinois.

IT IS FURTHER STIPULATED that on May 15, 2015 and again on May 20,

---

[1] Super Services website can be viewed at www.superservicellc.com

1

2015, undersigned counsel, Mark J. Kriger, spoke with defendant's pretrial services officer in Illinois, Christopher Lonis, and he has no objection to defendant's request to modify his conditions of release for employment purposes. On May 20, 2015, Justice Department Attorney, Niall O'Donnell also spoke to Mr. Lonis and he also advised Mr. O'Donnell that he had no objection to defendant's request to modify his conditions of release for employment purposes.

IT IS FURTHER STIPULATED that Mr. Lonis requested that the order permitting travel state that "defendant shall provide pretrial services with employment verification and his travel itinerary as directed by pretrial services."

s/ Niall M. O'Donnell with consent
Niall M. O'Donnell
Criminal Division, Fraud Section
U.S. Department of Justice
211 West Fort Street, Suite 2001
Detroit, MI 48226-3211
Email: dawn.ison@usdoj.gov

DATED: May 21, 2015

s/ Mark J. Kriger
Mark J. Kriger (P30298)
LaRene & Kriger
Counsel for Defendant Tayyab Aziz
645 Griswold, Suite 1717
Detroit, MI 48226
Email: mkriger@sbcglobal.net

DATED: May 21, 2015

UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                                     Case No. 13-CR-20039
                                          Hon. Bernard A. Friedman

TAYYAB AZIZ,

        Defendant.
_____/

**ORDER MODIFYING CONDITIONS OF RELEASE**

    Pursuant to the attached stipulation:

    IT IS HEREBY ORDERED that defendant's conditions of release be modified to permit him to travel within the continental United States for employment purposes only;

    IT IS FURTHER ORDERED that defendant shall provide pretrial services with employment verification and his travel itinerary as directed by pretrial services.

                                                      S/ Bernard A. Friedman_____
                                                      Hon. Bernard A. Friedman
                                                      United States District Court Judge

May 21, 2015