AT&T | Mail | News | Sports | Finance | Weather | Entertainment | Mobile | U-verse | att.com | More | En Español

Search    Search Mail   Search Web   Home   mark

Compose    Delete    Move    Spam    More

Inbox (9999+)
Drafts (752)
Sent
Spam (290)
Trash (25)
Smart Views
  Unread
  Starred
  People
  Social
  Travel
  Shopping
  Finance
Folders
  Notes
Recent

Sponsored
TransUnion
Thief getting credit
in your name?
Find out when we do:
Fight fraud fast with
Instant Alerts.

SHOULD AN 8 PACK OF BLADES REALLY COST $32?
HARRY'S
WORTH THE SWITCH.
TRY HARRY'S

Fwd: Super Service Orientation

**tayyab aziz**   Today at 4:23 PM
To  mark kriger

Sent from my iPhone

Begin forwarded message:

**From:** "Hunter, Melissa" <MHunter@superservicellc.com>
**Date:** May 20, 2015 at 2:32:02 PM CDT
**To:** "aziz_tayyab@hotmail.com" <aziz_tayyab@hotmail.com>
**Subject: Super Service Orientation**

### Terminal: Super Service, LLC Grand Rapids Division
**6000 Clay Avenue SW**
**Grand Rapids Michigan 49548**

**Please bring with you:**
- 10 years of work history hand written or typed with phone numbers
- W-2's or copy of logs if former workplace is out of business
- Diploma if you have been to any Truck Driving School in last year
- Social Security Card and picture I.D. as a second form of identification
- CDL Licenses
- Last DOT medical card
- Clothing and Personal items, No flip-flops or open toe shoes
- Bedding for the truck
- Voided check for direct deposit

**Hotel information:**
The rooms may be shared depending on how many people are attending orientation. If you prefer a private room you must let the recruiter know in advance and you will be required to pay $33.92 per night (half of the room) upon registering at the hotel. You will be staying at the:

**Baymont Inn**
**8282 Pfeiffer Farm Dr**
**Byron Center, MI 49315**
Hotel phone #1- 616-583-9535

You will check into the hotel on Tuesday May 26th, 2015. Each morning I would recommend being down in the lobby by 6:30AM to get something to eat. The hotel has continental breakfast. Someone from Super Service will pick you up between 7:00AM and 7:15AM. Please make sure you are in the lobby and have all documentation that is required.

**Orientation:** - Orientation is scheduled for 3 days, below is the breakdown of each day. Upon successful completion of orientation, you will be paid $132.00 which will be issued on your first paycheck.
**Day 1-** you will arrive at the terminal to fill out a portion of your paperwork, take a road test and then you will be taken to the clinic for your physical, HPE, and drug screen (Hair and Urine Testing). You will then return to your hotel room.
**Day 2-** you will go through orientation with John Wildbahn from 8:00AM until 12:00PM and 1:00PM until 5:00PM. Lunch will be provided from 12:00pm until 1:00pm.
**Day 3- Day 3-** you will complete orientation, and after orientation you will be assigned a trainer. You will be paid $75.00 a day for each day you are in the truck with a trainer. Training time for students vary based on experience, so please pack accordingly. Remember to bring appropriate clothing for weather conditions in various locations, not just your location.

**After review please send back a "got it" reply** We look forward to seeing you in orientation.

Thanks,
Melissa Hunter
616.915.7436 cell