UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff,

v.                                 Case No. 2:13–cr–20039–BAF–MKM
                                 Hon. Bernard A. Friedman

Tariq Tahir,

        Defendant,

**ORDER REVOKING BOND**

    For the reasons stated on the record at a hearing on August 26, 2015, the bond for Defendant Tariq Tahir is hereby REVOKED and the defendant is REMANDED to the custody of the United States Marshal.

                                        s/Bernard A. Friedman
                                        Bernard A. Friedman
                                        United States District Judge

**Certificate of Service**

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        s/C. Mullins
                                        Case Manager

Dated:   August 26, 2015