UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

CRIMINAL NO. 13-20039-06

DISTRICT JUDGE BERNARD A. FRIEDMAN

v.

D-06, Tariq Tahir,

        Defendant.
_____/

## ORDER COMMITTING DEFENDANT TO UNITED STATES BUREAU OF PRISONS FOR MENTAL EXAMINATION AND REPORT

The Court has a concern as to the competency of the defendant to understand the nature and consequences of the proceedings against him. Accordingly,

IT IS ORDERED that the defendant, Tariq Tahir, be committed to an appropriate facility designated by the United States Bureau of Prisons in order to determine whether the defendant currently is suffering from a mental disease or defect rendering him mentally incompetent to stand trial pursuant to 18 U.S.C. § 4241.

A report shall be prepared expeditiously pursuant to 18 U.S.C. § 4247(c) and shall be sent to the Honorable Bernard A. Friedman, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd, Room 100, Detroit, MI 48226, Facsimile Phone Number (313) 234-5356. The Court will then provide copies to counsel for the defendant, and counsel for the government, pursuant to this provision. Further, as part of this Order, the United States Marshal and the Bureau of Prisons are directed to conduct the transportation and the evaluation of the defendant in an appropriate and expeditious manner.

Pursuant to the Speedy Trial Act provisions of 18 U.S.C. § 3161(h)(1)(A), the time required for trial of the defendant shall be tolled from the date of this order until the results of said psychological examination are received by the Court, such period being delay contemplated by 18 U.S.C. § 3161(h)(1)(A).

IT IS FURTHER ORDERED that the Clerk deliver a certified copy of this Commitment Order to the United States Marshal and the local representative of the Bureau of Prisons.


Dated: August 26, 2015            s/ Bernard A. Friedman
                                  BERNARD A. FRIEDMAN
                                  UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record, U.S. Marshal on this date, August 26, 2015, by electronic and/or ordinary mail.

                                  Carol L. Mullins
                                  Case Manager, (313) 234-5172