UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        CASE NO. 13-CR-20039
                                          HON: BERNARD A. FRIEDMAN

v.

D-2   USMAN BUTT,

       Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

Pursuant to Fed. R. Crim. P. 32.2, 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(7) and 28 U.S.C. § 2461, and based upon the guilty plea by defendant USMAN BUTT ("defendant") to Count One of the Superseding Information, defendant's Rule 11 Plea Agreement, the Government's Application for Entry of Preliminary Order of Forfeiture, and the record in this case:

IT IS HEREBY ORDERED AND ADJUDGED that

1.    A money judgment in an amount to be determined by this Court at defendant's sentencing hearing is granted and entered against defendant in favor of the United States of America.

2.    This Preliminary Order of Forfeiture will be amended under Fed. R. Crim. P. 32.2(e)(1) when the amount of the money judgment has been determined by the Court.

3. Once the money judgment amount has been determined and entered by the Court the money judgment may be satisfied, to whatever extent possible, from any property owned or under the control of defendant. To satisfy the money judgment, any assets that defendant has now, or may later acquire may be forfeited as substitute assets under 21 U.S.C. § 853(p)(2).

4. Pursuant to Fed. R. Crim. P. 32.2, once this Preliminary Order of Forfeiture is amended under Rule 32.2(e)(1), with the amount of the money judgment that has been determined by the Court, it shall become the Final Order of Forfeiture and shall be made part of the sentence and included in the Judgment, and shall not be the subject of ancillary proceedings given that the forfeiture consists entirely of a money judgment.

5. The Court shall retain jurisdiction to enforce the Preliminary Order of Forfeiture and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

**IT IS SO ORDERED.**

Dated:  October 13, 2015         s/ Bernard A. Friedman____
                                 HONORABLE BERNARD A. FRIEDMAN
                                 United States District Court Judge